UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATALYST DYNAMIC ALPHA FUND; CATALYST INSIDER BUYING FUND; CATALYST INSIDER LONG/SHORT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., n/k/a BAUSCH HEALTH COMPANIES INC.; J. MICHAEL PEARSON; HOWARD B. SCHILLER; ROBERT L. ROSIELLO; and TANYA CARRO,<br><br>Defendants. | Civil Action No. 3:18-cv-12673 (MAS) (LHG) |

## STIPULATION AND ORDER

WHEREAS, Plaintiffs in the above-captioned action (the "Action") have filed a Complaint against Valeant Pharmaceuticals International, Inc., n/k/a Bausch Health Companies Inc. ("Valeant"), J. Michael Pearson, Howard B. Schiller, Robert L. Rosiello, and Tanya Carro (collectively, "Defendants," and together with Plaintiffs, the "Parties");

WHEREAS, this Action is one of twenty-nine opt-out actions pending in the District of New Jersey related to the class action in *In re Valeant Pharmaceuticals International, Inc. Securities Litigation*, Case No. 15-cv-7658 (the "Class Action");

WHEREAS, on August 18, 2017 Defendants filed Amended Answers in the Class Action, *see* No. 15-cv-7658 (ECF Nos. 248–50, 253–54) (collectively, the "Class Action Answers");

WHEREAS, there is substantial factual overlap between the allegations in this Action and the Class Action;

WHEREAS, Plaintiffs requested that Defendants waive service of the Complaint on August 21, 2018, and counsel for Defendants have waived service of the Complaint;

WHEREAS, Defendants have until October 22, 2018 to respond to the Complaint and intend to move to dismiss the Complaint;

WHEREAS, counsel for Plaintiffs and Defendants have agreed to extend the time to oppose Defendants' motions to dismiss the Complaint and Defendants' time to file replies in support of their motions to dismiss;

WHEREAS, counsel for Plaintiffs and Defendants have agreed that in view of the substantial factual overlap between the allegations in this Action and the Class Action, it is unnecessary for Defendants to separately admit or deny every allegation in the Complaint pursuant to Fed. R. Civ. P. 8(b) at this time;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, as follows:

(a) Plaintiffs will have until December 4, 2018, to oppose Defendants' motions to dismiss, and Defendants will then have until December 21, 2018, to file any replies in support of their motions to dismiss; and

(b) Defendants, to the extent all claims against a defendant have not been dismissed, will file answers to the Complaint incorporating by reference the Class Action Answers within 60 days of the Court's ruling on the motions to dismiss;

(c) The Parties will confer about the paragraphs of the Complaint that the Defendants will answer within two weeks of the Court's decision on the motion to dismiss.

Stipulated and agreed to by:

DATED: October 22, 2018

**KASOWITZ BENSON TORRES LLP**

/s/ *Stephen W. Tountas*
Stephen W. Tountas
One Gateway Center
Suite 2600
Newark, NJ 07102
Telephone: (973) 645-9462
Facsimile: (973) 643-2030

Michael J. Bowe
Lauren Tabaksblat
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Counsel for Plaintiffs*

**DEBEVOISE & PLIMPTON LLP**

/s/ *Holly S. Wintermute*
Holly S. Wintermute
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

Jonathan R. Tuttle
Ada. F. Johnson
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 383-8000
Facsimile: (202) 383-8118

*Counsel for J. Michael Pearson*

**McCARTER & ENGLISH, LLP**

/s/  *Richard Hernandez*
Richard Hernandez
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 848-8615
Facsimile: (973) 297-6615

*Local counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Tanya Carro*

**SIMPSON THACHER & BARTLETT LLP**

Paul C. Curnin (*pro hac vice*)
Craig S. Waldman (*pro hac vice*)
Daniel J. Stujenske (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for Valeant Pharmaceuticals International, Inc. and Robert L. Rosiello*

**WINSTON & STRAWN LLP**

/s/ *James S. Richter*
James S. Richter
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Counsel for Howard B. Schiller*

**COOLEY LLP**

William J. Schwartz
Laura G. Birger
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

*Counsel for Tanya Carro*

So Ordered this 24th day of October, 2018

_____
Hon. Michael Shipp, USDJ